UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE KAYA PICKENS AS PLAINTIFF**<br><br>Re: ECF No. 1763 |
| This order relates to:<br><br>*Nicholson v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-08751-JST | |

Plaintiff Chastity Sam filed a motion to substitute her sister, Kaya Pickens, as the representative for their deceased father, Arthur Pickens. ECF No. 1763 at 3–5. Defendant Gilead Sciences, Inc. does not oppose the motion. ECF No. 1766. Accordingly, it is hereby ordered that Kaya Pickens shall be substituted for Chastity Sam as a Plaintiff in this matter.

The Court reminds Pickens that the next case management conference will be on March 30, 2026, at 2:00 p.m. The login information may be found on the Court's website, https://cand.uscourts.gov/judges/tigar-jon-s-jst/, but is repeated here for convenience: https://cand-uscourts.zoomgov.com/j/1619067542?pwd=YktBS2VoNm1JYW9xMS91dk9rUzZudz09, or (669) 254-5252; Webinar ID: 161 906 7542; Password: 959588.

/ / /

/ / /

/ / /

/ / /

Pickens does not need to appear at the case management conference if she settles her case or decides to voluntarily dismiss her case before March 30.  Otherwise, failure to appear at the case management conference may result in dismissal of her case for failure to prosecute or comply with court orders under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  January 15, 2026


JON S. TIGAR
United States District Judge

2